AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| SANTIAGO LOVELAND-FLORES | )  1:23-mj- 00075-CL |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 13, 2023  in the county of  Jackson  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/ Robert Gilinsky

*Complainant's signature*

Robert Gilinsky, Special Agent DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:30  a.m./p.m.

Date:  418/23

*Judge's signature*

City and state:  Medford, Oregon    MARK D. CLARKE, U.S. Magistrate Judge

*Printed name and title*